UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LANISE BASON, #319076,

       Petitioner,

                                            CIVIL CASE NO. 04-CV-71575-DT
v.                                               HONORABLE GERALD E. ROSEN

JOAN YUKINS,

       Respondent.

_____/

## **JUDGMENT**

The above-entitled matter having come before the Court on a Petition for Writ of Habeas Corpus brought pursuant to 28 U.S.C. § 2254, the Honorable Gerald E. Rosen, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is **DENIED** and **DISMISSED WITH PREJUDICE.**

                                      s/Gerald E. Rosen
                                      Gerald E. Rosen
                                      United States District Judge

Dated:  June 28, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 28, 2005, by electronic and/or ordinary mail.

                                      s/LaShawn R. Saulsberry
                                      Case Manager